UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>FIDEL VASQUEZ;<br>XAVIER MEDRANO, AKA “VIEJO”;<br>FIRST NAME UNKNOWN, LAST NAME UNKNOWN, AKA “BRONCO”, AKA “LUIS”, (UM9106);<br>GUSTAVO PLASCENCIA-MUNOZ;<br>ARTURO LEON;<br>HECTOR AVELAR,<br>Defendants. | CASE NO. 1:26-MJ-00126-EPG<br><br>**UNSEALING ORDER** |

Good cause due to the defendants’ pending Arraignments on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrants, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: **October 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge